IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SMS MEER SERVICE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09-cv-00906-GLL |
| | ) | |
| TURBINE ENGINE COMPONENTS TECHNOLOGIES – UTICA CORPORATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this 17th day of February, 2010, based upon the parties' Stipulation dated February 16, 2010, all of the Plaintiff's claims in the complaint in this action and all of the Defendant's counterclaims in the answer and counterclaims in this action are hereby dismissed with prejudice with each party to bear its own costs and attorney's fees.

s/Gary L. Lancaster
Chief Judge Gary L. Lancaster